UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOYCE MCCARTHY,

    Plaintiff,

v.                                                                     Case No: 6:15-cv-2121-Orl-18TBS

207 MARSHALL DRIVE
OPERATIONS, LLC, CONSULATE
HEALTH CARE LLC, COLONIAL
LAKES HEALTH CARE, LLC, JOHN
DOE LIABILITY INSURANCE
CARRIERS, SELENA WATKINS,
TREMMIE ROBINSON, LINDA
PUTNAM, BARBARA BRANDT,
LOWIE BRANNAN, DAVID NGUYEN
and JANE DOE,

    Defendants.

## ORDER

This case was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on Plaintiff Joyce McCarthy's Motion to Proceed in Forma Pauperis (Doc. 2) and Motion for Service upon Defendants Effectuated by the United States Marshal Contingent upon Granting of In Forma Pauperis Status (Doc. 3). The Court having reviewed the Report and Recommendation (Doc. 4), and there being no objections filed to the Report and Recommendation (Doc. 4), it is hereby

**ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 4) is **APPROVED** and **ADOPTED**. Plaintiff Joyce McCarthy's Motion to Proceed in Forma Pauperis (Doc. 2) and Motion for Service upon Defendants Effectuated by the United States Marshal Contingent upon Granting of In Forma Pauperis Status (Doc. 3) are **DENIED**. The Complaint (Doc. 1) is **DISMISSED without prejudice**. McCarthy has **leave to file an amended complaint**

within **twenty-one (21) days** from the entry of this order. In the event McCarthy files an amended complaint and requests the ability to proceed in forma pauperis, McCarthy is **directed to file an Application to Proceed in District Court without Prepaying Fees or Costs**. The Clerk of the Court is directed to **CLOSE** this case if McCarthy fails to file an amended complaint within the twenty-one (21) day period permitted by the Court.

**DONE AND ORDERED** at Orlando, Florida, this 13 day of January, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties